IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS RODGERS,
    Plaintiff,

vs.                        Case No.: 3:06cv521/RV/EMT

PAUL GREATHOUSE, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 25, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this 25th day of May 2007.

                              /s/ *Roger Vinson*
                              **ROGER VINSON**
                              **SENIOR UNITED STATES DISTRICT JUDGE**